(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

BENNIE Cobb
_____
(Enter above the full name of the plaintiff in this action)

v.

WAl-MART
US - 13
Camden Wyoming Delaware
_____
(Enter above the full name of the defendant(s) in this action)

06 - 423

FILED

JUL - 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned
I FP

I.    Previous lawsuits

   A.    Have you begun other lawsuits in state or federal courts dealing with the
         same facts involved in this action or otherwise relating to your imprisonment?
         YES [  ]    NO [✓]

   B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there
         is more than one lawsuit, describe the additional lawsuits on another piece of
         paper, using the same outline).

         1.    Parties to this previous lawsuit

         Plaintiffs_____

         _____

         _____

         Defendants _____

         _____

2.    Court (if federal court, name the district; if state court, name the county)

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed?  Was it appealed?
      Is it still pending?)

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    A.    Is there a prisoner grievance procedure in this institution?  Yes [  ] No [  ]

       B.    Did you present the facts relating to your complaint in the state prisoner
             grievance procedure?  Yes [  ]   No [  ]

       C.    If your answer is YES,

             1.    What steps did you take? _____

_____

             2.    What was the result? _____

_____

       D.    If your answer is NO, explain why not _____

_____

       E.    If there is no prison grievance procedure in the institution, did you complain to
             prison authorities?  Yes [  ]   No [  ]

       F.    If your answer is YES,

             1.    What steps did you take? _____

_____

             2.    What was the result? _____

_____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff  Bennie  Cobb

Address  669 North St Dover Delaware
19904

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.   Defendant  WAl-mArt  is employed as  Business
  at  Camden Wyoming

C.   Additional Defendants _____

_____

_____

_____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

While Shopping At WAl-mArt
In Camden Dec. 04 I slip
and Fell Hurting my BACK

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
 Cite no cases or statutes.)

I wAnt to Be Compensated
for Pain and suffering And
Medical Bills

Signed this 30th day of JUNE , 19 06

_Bennie Cobb_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

30th June 06    _Bennie Cobb_
Date                              ( Signature of Plaintiff)



BENNIE Cobb
525305
Pod-7-5B
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

LEGAL
MAIL

WILMINGTON DE 197
06 JUL 2006 PM 1 L

United States District
Court
District of Delaware
844 Kings St
Wilmington Delaware
19801

U.S.M.
X-RAY

LEGAL
MAIL