Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv423 KAJ

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 27 PM 3:20

WILMINGTON DE 197
25 JUL 2006 PM 3 L

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET    ☐ OTHER
- NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

RTS RETURN TO SENDER

Bennie Cobb
SBI #505305
SCCC/VOP
23207 DuPont Blvd
Pod 7 5B
Georgetown, DE 19947

**Utility Events**
1:06-cv-00423-UNA Cobb v. Wal-Mart Stores Inc

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 7/19/2006 at 3:52 PM EDT and filed on 7/19/2006
**Case Name:** Cobb v. Wal-Mart Stores Inc
**Case Number:** 1:06-cv-423
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-423 Notice will be electronically mailed to:**

**1:06-cv-423 Notice will be delivered by other means to:**

Bennie Cobb
SBI #505305
SCCC/VOP
23207 DuPont Blvd
Pod 7 5B
Georgetown, DE 19947