My Address has change
new Address 669 North st
Dover Delaware 19904

Bennie Cobb

06-423 KAS