IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bennie Cobb, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-423 KAJ |
| | ) |
| Wal-Mart Stores Inc. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court having been advised that plaintiff Bennie Cobb is no longer incarcerated, and having filed an amended In Forma Pauperis Application,

At Wilmington this 15th day of August, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge